# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MOHNS, INC.,**
        Appellant,

    v.                                    D. Ct. Case No. 11-C-1133
                                         Bankr. Case No. 11-21802

**JOHN M. WILSON a/k/a**
**J. MICHAEL WILSON and**
**CHRISTINE A. WILSON f/k/a**
**CHRISTINE A. PETERSON**

and

**BRUCE A. LANSER, Bankruptcy Trustee,**
        Appellees.

## ORDER

      Mohns, Inc. ("Mohns") appeals from two orders that the bankruptcy court entered during John Wilson and Christine Wilson's ongoing Chapter 7 proceeding. In one order, which is entitled "Order Regarding Homestead Exclusion," the bankruptcy court ruled that Mohns's claim against the estate is not one for the "purchase price" of the Wilsons' home within the meaning of Wis. Stat. § 815.18(12). See Order of Oct. 14, 2011, ECF No. 1-2 at 111. In the other order, entitled "Order Approving Trustee's Motion to Compromise Claim by the Estate and for Abandonment," the bankruptcy court approved the Chapter 7 trustee's decision to settle certain claims against the debtors involving their personal property and to abandon the estate's interest in other items of personal property. (Order of Oct. 13, 2011, ECF No. 1-2 at 112–13.)

      In its jurisdictional statement, Mohns asserts that I have appellate jurisdiction under 28 U.S.C. § 158(a)(1), which states that district courts shall have jurisdiction to hear

appeals "from final judgments, orders, and decrees." However, Mohns does not explain why the orders of the bankruptcy court qualify as final orders. Moreover, neither the debtors nor the Chapter 7 trustee elaborate on Mohns's jurisdictional statement. After conducting some limited research on my own, I am not convinced that the orders before me constitute final orders within the meaning of § 158(a)(1). For this reason, Mohns will be ordered to show cause why this appeal should not be dismissed for lack of jurisdiction.

Accordingly, **IT IS ORDERED** that a status conference will be held on **June 20, 2012 at 2:00 p.m.** in Room 390, 517 E. Wisconsin Ave., Milwaukee, Wisconsin, at which time Mohns shall show cause why this appeal should not be dismissed for lack of jurisdiction.

Dated at Milwaukee, Wisconsin, this 1st day of June 2012.

s/ Lynn Adelman
LYNN ADELMAN
District Judge