# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

MOHNS, INC.,
    Appellant

v.                             CASE NUMBER: 11-C-1133

JOHN M. WILSON a/k/a
J. MICHAEL WILSON,
CHRISTINE WILSON f/k/a
CHRISTINE A. PETERSON, and
BRUCE A LANSER, Bankruptcy Trustee,
    Appellees

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the bankruptcy court's Order Regarding Homestead Exclusion is REVERSED, and that its Order Approving Trustee's Motion to Compromise Claim by the Estate and for Abandonment is AFFIRMED.

| | |
|---|---|
| July 11, 2012 | Jon W. Sanfilippo |
| Date | Clerk |
| | s/ D. Monroe |
| | (By) Deputy Clerk |