# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**MOHNS, INC.**,
      Appellant,

v.                                      Case No. 11-C-1133

**JOHN M. WILSON** a/k/a
**J. MICHAEL WILSON** and
**CHRISTINE A. WILSON** f/k/a
**CHRISTINE A. PETERSON**

and

**BRUCE A. LANSER**, Bankruptcy Trustee,
      Appellees.

---

## ORDER

On July 19, 2012, appellant Mohns, Inc., filed a motion for an order directing the Clerk of the Bankruptcy Court to tax costs in favor of Mohns, Inc., and against John M. Wilson and Christine A. Wilson in the amount of $999.60. The Wilsons have not opposed this motion, and therefore I will grant it.

On August 8, 2012, the Wilsons filed a motion for reconsideration. However, the Wilsons withdrew that motion on August 28, 2012. Therefore, the Clerk of the District Court will be directed to terminate that motion.

Accordingly, **IT IS ORDERED** that the Clerk of the Bankruptcy Court tax costs in favor of Mohns, Inc., and against John M. Wilson and Christine M. Wilson in the amount of $999.60.

**IT IS FURTHER ORDERED** that the Clerk of the District Court terminate the Wilsons' motion for reconsideration.

Dated at Milwaukee, Wisconsin, this 30th day of August 2012.

        s/ Lynn Adelman
        LYNN ADELMAN
        District Judge